**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOSEPH MORGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel. its DEPARTMENT OF BUSINESS AND INDUSTRY, STATE OF NEVADA, ex rel. its TAXICAB AUTHORITY; BRUCE BRESLOW, in his individual capacity; TERRY REYNOLDS, in his individual capacity; SCOTT WHITTEMORE, in his individual capacity; RUBEN AQUINO, in his individual capacity; GENEVIEVE HUDSON, in her individual capacity; RONALD GROGAN, in his individual capacity; CHARLES HARVEY, in his individual capacity; ANTOINE "CHRIS" RIVERS, in his individual capacity; CJ MANTHE, in her individual capacity; DOES I through X inclusive; and ROES XI through XX, inclusive,<br><br>    Defendants. | 2:19-cv-02239-KJD-DJA<br><br>**<u>ORDER</u>** |

  An Early Neutral Evaluation Session has been scheduled for 10:00 AM, June 15, 2020. (ECF No. 12).

  The confidential statement is due June 8, 2020 at 4:00 PM.  The parties may deliver the confidential statement to chambers or statements may be emailed to VCF_Chambers@nvd.uscourts.gov no later than 4:00PM, June 8, 2020.  DO NOT MAIL THEM TO THE CLERK'S OFFICE. DO NOT SERVE A COPY ON OPPOSING COUNSEL.

The Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus.  For example:

- All visitors to the courthouse will be required to maintain a social distance of at least six feet and either wash their hands or use hand sanitizer before entering the courtroom.

- Inside the courtrooms, conference rooms, chairs, tables, and microphones that have been used will be cleaned after each Early Neutral Evaluation session.  Counsel (parties) are encouraged to bring disinfectant wipes to clean the surfaces to their own comfort level as well.

- Early Neutral Evaluation attendees are encouraged to bring and wear personal protective equipment including face masks, gloves, or other protective coverings.

**If you do not feel well, contact chambers (702)464-5540 immediately to reschedule this ENE or make arrangements to attend it remotely.  DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS such as a cough, fever, or shortness of breath, or if you have been in contact with anyone who has been recently diagnosed with a COVID-19 infection.  Refer to Temporary General Order 2020-02 for additional courthouse-access policies and procedures.**

If a party prefers to appear by video conference, the party must notify chambers (702-464-5540) of that decision by June 8, 2020.  If a party is appearing by video conference, it is the responsibility of that party to set-up and coordinate with chambers the video conference for the ENE and that party must be prepared to do a test run of the video conference with chambers on June 9, 2020.

DATED this 20th day of May, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE