AARON D. FORD
Nevada Attorney General
SCOTT H. HUSBANDS
Deputy Attorney General
Nevada Bar No. 11398
GERALD L. TAN
Deputy Attorney General
Nevada Bar No. 13596
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2121 (phone)
(775) 688-1822 (fax)
Email: shusbands@ag.nv.gov
　　　　gtan@ag.nv.gov
*Attorneys for Defendants Bruce Breslow,
Terry Reynolds, Scott Whittemore,
Ruben Aquino, Genevieve Hudson,
Ronald Grogan, Charles Harvey,
Antoine "Chris" Rivers, and CJ Manthe*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MORGAN, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, *ex rel.* its DEPARTMENT OF BUSINESS AND INDUSTRY, STATE OF NEVADA *ex rel.* its TAXICAB AUTHORITY; BRUCE BRESLOW, in his individual capacity; SCOTT WHITTEMORE, in his individual capacity; RUBEN AQUINO, in his individual capacity; GENEVIEVE HUDSON, in her individual capacity; RONALD GROGAN, in his individual capacity; CHARLES HARVEY, in his individual capacity; ANTOINE "CHRIS" RIVERS, in his individual capacity: CJ MANTHE, in her individual capacity; DOES I through X inclusive; and ROES XI through XX, inclusive,<br><br>　　　　Defendants. | Case No.  2:19-cv-02239-KKD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FRCP 26 INITIAL DISCLOSURES**<br>**(First Request)** |

　　　　Defendants BRUCE BRESLOW, TERRY REYNOLDS, SCOTT WHITTEMORE, RUBEN AQUINO, GENEVIEVE HUDSON, RONALD GROGAN, CHARLES HARVEY,

1

1  ANTOINE "CHRIS" RIVERS, and C.J. MANTHE, by and through their attorneys, AARON D.
2  FORD, Attorney General for the State of Nevada, SCOTT H. HUSBANDS, Deputy Attorney
3  General, AND GERALD L. TAN, Deputy Attorney General, and Plaintiff JOSEPH MORGAN,
4  by and through his counsel E. BRENT BRYSON, ESQ. of E. BRENT BRYSON, LTD.,
5  pursuant to FRCP 26(a)(1)(C), LR IA 6-1, and LR IA 6-2, hereby stipulate and agree to a 14-
6  day extension of time, up to and including June 16, 2020, for the parties to exchange their
7  mandatory FRCP 26 initial disclosures.
8      This is the first request for an extension of time by the parties regarding their mandatory
9  FRCP 26 initial disclosures.  The parties are currently required to exchange their initial
10 disclosures on June 2, 2020 as that is the date that is 14 days after counsel met for the required
11 FRCP 26(f) conference.
12     This request is based on good cause and not for purpose of delay.  The parties base this
13 request on staffing and logistical challenges directly attributable to the COVID-19 pandemic.
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Upon agreement by and between all the parties, through their respective counsel, the undersigned counsel respectfully request that this Court grant the parties a 14-day extension of time, up to and including, June 16, 2020, to exchange the mandatory initial disclosures required by FRCP 26.

DATED: June 2, 2020

| | |
|---|---|
| AARON D. FORD<br>Attorney General | E. BRENT BRYSON, LTD. |
| By:   */s/ Scott H. Husbands*<br>SCOTT H. HUSBANDS<br>Deputy Attorney General<br>Nevada Bar No. 11398<br>GERALD L. TAN<br>Deputy Attorney General<br>Nevada Bar No. 13596<br>Office of the Attorney General<br>5420 Kietzke Lane, Suite 202<br>Reno, Nevada 89511<br>(775) 687-2142 (phone)<br>(775) 688-1822 (fax)<br>E-mail: shusbands@ag.nv.gov<br>         gtan@ag.nv.gov | By:   */s/ E. Brent Bryson*<br>E. BRENT BRYSON<br>Nevada Bar No. 4933<br><br><br><br><br>E. Brent Bryson, Ltd.<br>7730 W. Sahara Avenue, Suite 109<br>Las Vegas, Nevada 89117<br>(702) 364-1234 (phone)<br>(702) 364-1442 (fax)<br>E-mail: ebbesqltd@yahoo.com |
| *Attorneys for Bruce Breslow, Terry Reynolds, Scott Whittemore, Ruben Aquino, Genevieve Hudson, Ronald Grogan, Charles Harvey, Antoine "Chris" Rivers, and CJ Manthe* | *Attorney for Joseph Morgan* |

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: JUNE 3, 2020

3