AARON D. FORD
Nevada Attorney General
SCOTT H. HUSBANDS
Deputy Attorney General
Nevada Bar No. 11398
GERALD L. TAN
Deputy Attorney General
Nevada Bar No. 13596
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2121 (phone)
(775) 688-1822 (fax)
Email: shusbands@ag.nv.gov
         gtan@ag.nv.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH MORGAN, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *ex rel.* its DEPARTMENT OF BUSINESS AND INDUSTRY, STATE OF NEVADA, *ex rel.* its TAXICAB AUTHORITY; BRUCE BRESLOW, in his individual capacity; TERRY REYNOLDS, in his individual capacity; SCOTT WHITTEMORE, in his individual capacity; RUBEN AQUINO, in his individual capacity; GENEVIEVE HUDSON, in her individual capacity; RONALD GROGAN, in his individual capacity; CHARLES HARVEY, in his individual capacity; ANTOINE "CHRIS" RIVERS, in his individual capacity; CJ MANTHE, in her individual capacity; DOES I through X inclusive; and ROES XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02239-KJD-DJA<br><br>**STIPULATION, REQUEST AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT FOR DEFENDANTS STATE OF NEVADA, EX REL. ITS DEPARTMENT OF BUSINESS AND INDUSTRY AND STATE OF NEVADA, EX REL. ITS TAXICAB AUTHORITY**<br><br>**[FIRST REQUEST]** |

Pursuant to LR 7-1, Plaintiff JOSEPH MORGAN ("Plaintiff"), by and through his counsel of record, E. Brent Bryson, Esq. of the Law Offices of E. Brent Bryson, LTD., and Defendants STATE OF NEVADA, EX REL. ITS DEPARTMENT OF BUSINESS AND

INDUSTRY and STATE OF NEVADA, EX REL. ITS TAXICAB AUTHORITY (each an "Agency Defendant" and collectively the "Agency Defendants"), by and through their attorneys of record, AARON D. FORD, Attorney General for the State of Nevada, SCOTT H. HUSBANDS, Deputy Attorney General, and GERALD L. TAN, Deputy Attorney General hereby submit their Stipulation, Request, and Order Extending Time to Answer Plaintiff Joseph Morgan's Complaint. This is the first request for an extension of time to file an answer by the Agency Defendants.

Plaintiff Joseph Morgan ("Mr. Morgan") filed his Complaint (ECF No. 1) on December 30, 2019 (the "Complaint"). Mr. Morgan effected proper service on the Agency Defendants on May 26, 2021, and May 27, 2021. Pursuant to Federal Rule of Civil Procedure 12(a), the deadline for the Agency Defendants to answer or otherwise respond to the Complaint is June 16, 2021, and June 17, 2021.

Due to pre-existing professional obligations of counsel, the Agency Defendants need additional time to prepare and file an answer to Mr. Morgan's Complaint. The specific pre-existing obligations conflicting with Agency Defendants' counsel's ability to answer the Complaint by June 16, 2021, and June 17, 2021 include, among other things, three lengthy hearings in May and June and related work to prepare for and follow up on those hearings.

Upon agreement by and between all the parties, through their respective counsel, the undersigned counsel requests that this Court grant the Agency Defendants an extension of time, up to and including, Friday, July 16, 2021, to file an answer to the Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

By entering into this stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to the Complaint.

APPROVED AS TO FORM AND CONTENT this 15th day of June, 2021.

By: */s/Scott H. Husbands*
SCOTT H. HUSBANDS, ESQ.
Deputy Attorney General
Nevada Bar No. 11398
GERALD R. TAN
Nevada Bar No. 13596
5420 Kietzke Lane, Suite 202
Reno, NV 89511
**Attorney for Defendants**

By: */s/ E. Brent Bryson*
E. BRENT BRYSON, ESQ.
E. BRENT BRYSON, LTD.
Nevada Bar No. 4933
3202 West Charleston Blvd.
Las Vegas, NV 89102
**Attorney for Plaintiff**

**IT IS SO ORDERED:**

DATED this 16th day of June, 2021.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3