# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Joseph Morgan, | Case No. 2:19-cv-02239-KJD-DJA |
| Plaintiffs, | |
| v. | **Order** |
| State of Nevada; et al., | |
| Defendants. | |

      Before the Court is the parties' seventh stipulation to extend discovery. (ECF No. 51). The parties request an additional six-month discovery period, explaining that, after the Court granted the sixth extension in January 2023, the parties engaged in settlement discussions until April 2023 and then began engaging in discovery. The parties explain that they must still serve initial discovery requests and schedule Plaintiff's deposition.

      The Court does not find that the parties' explanation justifies a six-month discovery extension. The parties seek an extension that is the same length of time as the entire discovery period provided in Local Rule 26-1. But this case has been pending since December of 2019. The Court will thus grant in part and deny in part the parties' stipulation. The Court will grant the parties' request for an extension, but will extend the deadlines they seek to move only for three months.

///

///

///

**IT IS THEREFORE ORDERED** that the parties' stipulation to extend discovery (ECF No. 51) is **granted in part and denied in part**.

**IT IS FURTHER ORDERED** that the following deadlines shall govern discovery:

| | |
|---|---|
| Close of discovery: | October 16, 2023 |
| Dispositive motions: | November 20, 2023 |
| Pretrial order: | December 15, 2023[1] |

DATED: July 21, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 20 days after decision on the dispositive motions or further court order.