1  E. BRENT BRYSON, LTD.
   E. BRENT BRYSON, ESQ.
2  Nevada Bar No. 004933
   375 E. Warm Springs Rd., Ste. 104
3  Las Vegas, Nevada 89119
   (702) 364-1234 Telephone
4  (702) 364-1442 Facsimile
   Ebbesqltd@yahoo.com
5  *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH MORGAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *ex rel.* its DEPARTMENT OF BUSINESS AND INDUSTRY, STATE OF NEVADA, *ex rel.* its TAXICAB AUTHORITY; BRUCE BRESLOW, in his individual capacity; TERRY REYNOLDS, in his individual capacity; SCOTT WHITTEMORE, in his individual capacity; RUBEN AQUINO, in his individual capacity; GENEVIEVE HUDSON, in her individual capacity; RONALD GROGAN, in his individual capacity; CHARLES HARVEY, in his individual capacity; ANTOINE "CHRIS" RIVERS, in his individual capacity; CJ MANTHE, in her individual capacity; DOES I through X inclusive; and ROES XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02239-KJD-DJA<br><br>**REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>FIRST REQUEST<br><br>**Date of Settlement Conference: February 23, 2024**<br><br>**Time of Settlement Conference: 10:00 a.m.** |

Pursuant to this Court's Order Setting Settlement Conference (ECF No. 57), Plaintiff JOSEPH MORGAN ("Plaintiff"), by and through his counsel of record, E. Brent Bryson, Esq. of the law offices of E. Brent Bryson, Ltd., and Defendants STATE OF NEVADA, *ex rel.,* its DEPARTMENT OF BUSINESS AND INDUSTRY, STATE OF NEVADA, *ex rel.,* its TAXICAB

AUTHORITY, BRUCE BRESLOW, TERRY REYNOLDS, SCOTT WHITTEMORE, RUBEN AQUINO, GENEVIEVE HUDSON, RONALD GROGAN, CHARLES HARVEY, ANTOINE "CHRIS" RIVERS and C. J. MANTHE (each an "Individual Defendant" and collectively the "Individual Defendants"), by and through their attorneys of record, AARON D. FORD, Attorney General for the State of Nevada, SCOTT H. HUSBANDS, Deputy Attorney General, and GERALD L. TAN, Deputy Attorney General, hereby respectfully request the Court reschedule the Settlement Conference currently set for February 23, 2024 at the hour of 10:00 a.m. to a date agreeable with the Court and the parties for the following reason:

    Plaintiff's counsel is set to commence a multi-defendant criminal jury trial in district court on Monday, February 12, 2024, in case styled, C-21-353553-2, State of Nevada v. Jeanette Gazlay that is expected to last two to three (2-3) weeks. Mr. Bryson, therefore, would be unable to attend the February 23, 2024 Settlement Conference.

    For this reason, the Parties agree that good cause exists to reschedule the Settlement Conference. The Parties provide the Court the following previously agreed upon alternative dates <u>in order of preference</u> and which are consistent with the Court's Order Regarding Settlement Conference and Stay of Litigation (ECF No. 56) as follows:

1. March 5, 2024
2. March 6, 2024
3. March 7, 2024
4. March 8, 2024
5. March 26, 2024
6. March 28, 2024
7. March 29, 2024

    The Parties make this request to reschedule the February 23, 2024, 10:00 a.m. Settlement

Conference in good faith and not for any improper purposes or other purposes of undue delay.

WHEREFORE, the Parties respectfully request this Court grant the above request to reschedule the Settlement Conference currently set for February 23, 2024, at the hour of 10:00 a.m., to a mutually agreed upon date provided above in order of preference and pursuant to ECF No. 56, the Court's Order Regarding Settlement Conference and Stay of Litigation.

DATED this 19th day of January, 2024.

By: */s/ E. Brent Bryson, Esq.*
E. BRENT BRYSON, ESQ.
E. BRENT BRYSON, LTD.
Nevada Bar No. 004933
375 E. Warm Springs Road,
Suite 104
Las Vegas, NV 89119
*Attorney for Plaintiff*

DATED this 19th day of January, 2024.

By: */s/ Scott H. Husbands, Esq.*
SCOTT H. HUSBANDS, ESQ.
Deputy Attorney General
Nevada Bar No. 011398
5420 Kietzke Lane, Suite 202
Reno, NV 89511
*Attorney for Defendants*

**IT IS HEREBY ORDERED** that the Settlement Conference scheduled for February 23, 2023 is **VACATED** and **RESET** to **Friday, March 8, 2024** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the written settlement statements must be submitted by 4:00 p.m. on Friday, March 1, 2024.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 57) shall remain in effect.

DATED: January 23, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE