1  **E. BRENT BRYSON, ESQ.**
   Nevada Bar No. 004933
2  **E. BRENT BRYSON, LTD.**
   375 E. Warm Springs Rd., Ste. 104
3  Las Vegas, NV 89119
   (702) 364-1234 Telephone
4  (702) 364-1442 Facsimile
   Ebbesqltd@yahoo.com
5  *Attorney for Plaintiff,*
   *Joseph Morgan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MORGAN, an Individual | Case No.: 2:19-cv-02239-KJD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 76]** |
| STATE OF NEVADA, *ex rel.* its DEPARTMENT OF BUSINESS AND INDUSTRY, STATE OF NEVADA, *ex rel.* its TAXICAB AUTHORITY; BRUCE BRESLOW, in his individual capacity; TERRY REYNOLDS, in his individual capacity; SCOTT WHITTEMORE, in his individual capacity; RUBEN AQUINO, in his individual capacity; GENEVIEVE HUDSON, in her individual capacity; RONALD GROGAN, in his individual capacity; CHARLES HARVEY, in his individual capacity; ANTOINE "CHRIS" RIVERS, in his individual capacity; CJ MANTHE, in her individual capacity; DOES I through X inclusive; and ROES XI through XX, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

Pursuant to LR IA 6-1, LR 7-2 and LR 26-3, Plaintiff JOSEPH MORGAN ("Plaintiff"), by and through his counsel of record, E. Brent Bryson, Esq. of the law offices of E. Brent Bryson, Ltd., and Defendants STATE OF NEVADA, *ex rel.* its DEPARTMENT OF BUSINESS AND

INDUSTRY, STATE OF NEVADA, *ex rel.* its TAXICAB AUTHORITY (together "the Agency Defendants") and BRUCE BRESLOW, TERRY REYNOLDS, SCOTT WHITTEMORE, RUBEN AQUINO, GENEVIEVE HUDSON, RONALD GROGAN, CHARLES HARVEY, ANTOINE "CHRIS" RIVERS AND C. J. MANTHE (each an "Individual Defendant" and collectively the "Individual Defendants" and together with the Agency Defendants "the Defendants"), by and through their attorneys of record, AARON D. FORD, Attorney General for the State of Nevada, and BRUCE C. YOUNG, Senior Deputy Attorney General:

HEREBY STIPULATE AND REQUEST that this Court extend the Wednesday, March 5, 2025 deadline for Plaintiff to respond in opposition to Defendants' motion for summary judgment filed on Monday, February 12, 2025 [ECF No. 76] by 30 days, or up to and including Friday, April 4, 2025, and that Defendants' Reply in support of Defendants' motion for summary judgment, if any, would be due 14 days after Plaintiff files his response, or by Friday, April 18, 2025. This is the parties' first request to modify the motion for summary judgment briefing schedule.

In support of this stipulation and request, the parties state that good cause exists as follows:

1. That Plaintiff's attorney is currently preparing for two district court trials set to commence in mid-March, 2025. The first trial will commence on March 17, 2025 in case styled, C-24-383125-1, The State of Nevada v. Square One Behavioral Health, LLC, and is expected to last about a week. The second trial will commence on March 24, 2025 in case styled, A-22-850074-C, Jay Francis, et al v. David Garretson, et al, and is expected to last about a week. Both trials require extensive trial preparation.

2. Because of the large volume of discovery, including 9 depositions, Plaintiff's response in opposition will be complicated and time-consuming - an effort that would be hindered if Plaintiff's counsel had to simultaneously prepare for two district court trials.

3. That as a result, the parties met and conferred telephonically on February 26, 2025 and mutually agreed to extend the March 5, 2025 due date of Plaintiff's response in opposition by 30 days, or up to and including Friday, April 4, 2025. This modification to the motion for summary judgment briefing schedule will allow Plaintiff's counsel the time needed to adequately prepare and respond to Defendants' motion for summary judgment [ECF No. 76].

4.     That Defendants' Reply in support of its motion for summary judgment [ECF No. 76] would therefore also be extended 30 days, or from Wednesday, March 19, 2025, the current due date, up to and including Friday, April 18, 2025.

That based on good cause set forth above, the parties submit the following proposed modifications to the motion for summary judgment briefing schedule:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Response in Opposition to Motion for Summary Judgment [ECF No. 76] | *Wednesday, March 5, 2025* | ***Friday, April 4, 2025*** |
| Defendants' Reply in Support of Motion for Summary Judgment [ECF No. 76], if any. | *Wednesday, March 19, 2025* | ***Friday, April 18, 2025*** |

This request for an extension of time is not sought for any improper purpose or other purposes of delay. The parties have worked diligently at complying with the deadlines that can be met, but good cause exists to extend the current summary judgment briefing schedule.

///

///

///

///

///

///

///

///

///

///

///

3

2:19-cv-02239-KJD-DJA
*Joseph Morgan v. State of Nevada, et al.*
*Stipulation and Order*

WHEREFORE, the parties respectfully request that this Court extend the parties' motion for summary judgment response and reply deadlines as set forth in the table above.

APPROVED AS TO FORM AND CONTENT this 28th day of February, 2025.

By: /s/ E. Brent Bryson, Esq.
**E. BRENT BRYSON, ESQ.**
Nevada Bar No. 004933
E. Brent Bryson, Ltd.
375 E. Warm Springs Rd.,
Suite 104
Las Vegas, NV 89119
(702) 364-1234 Telephone
(702) 364-1442 Facsimile
Email: Ebbesqltd@yahoo.com
*Attorney for Plaintiff,*
*Joseph Morgan*

By: /s/ Bruce C. Young, Esq.
**BRUCE C. YOUNG, ESQ.**
Senior Deputy Attorney General
Nevada Bar No. 005560
Office of the Attorney General
1 State of Nevada Way
Las Vegas, NV 89119
(702) 486-3782 Telephone
(702) 486-3768 Facsimile
Email: bcyoung@ag.nv.gov
*Attorney for Defendants,*
*State of Nevada, et al.*

**IT IS SO ORDERED:**

DATED this 4th day of March, 2025.

_____
KENT J. DAWSON
UNITED STATES JUDGE